# Third District Court of Appeal

## State of Florida

Opinion filed December 23, 2020.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D18-2581
Lower Tribunal No. 14-8365

————————

**Maria Capeles,**
Appellant,

vs.

**Bank of America, N.A.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Spencer Eig, Judge.

Dennis A. Donet, P.A., and Dennis A. Donet, for appellant.

Kelley Kronenberg and Jacqueline Costoya Guberman (Fort Lauderdale), for appellee.

Before SCALES, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed. See Hayes v. Reverse Mortg. Sols., Inc., 260 So. 3d 391, 395 (Fla.

3d DCA 2018) (holding that <u>Bartram v. U.S. Bank National Ass'n</u>, 211 So. 3d 1009, 1019 (Fla. 2016), applied where mortgage at issue contained optional acceleration clause and note had definitive maturation date); <u>Nationstar Mortg. LLC v. LHF Hudson, LLC</u>, 271 So. 3d 1073, 1077 (Fla. 3d DCA 2019) ("As <u>Bartram</u> . . . did not change the law in Florida regarding the application of the statute of limitations in foreclosure actions, . . . Nationstar's complaint [sufficiently] allege[d] that Hudson 'defaulted under the Note and Mortgage by failing to pay the payment due January [1], 2008 and ***all subsequent payments***.'").